# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2732

_____

PAUL BURNS,

    Petitioner,

v.

THE STATE OF FLORIDA,

    Respondent.

_____


Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


July 10, 2024


PER CURIAM.

    The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

OSTERHAUS, C.J., and M.K. THOMAS and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Paul Burns, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.